UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LONG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. MINER, et al.,<br><br>　　　　　Defendants. | No.  2:11-cv-2548 TLN DAD P<br><br><br>ORDER |

On December 10, 2013, the court issued findings and recommendations, recommending that this action be dismissed without prejudice due to plaintiff's failure to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.  On January 6, 2014, plaintiff filed a motion for clarification on the status of this case and informed the court of his new address.  Good cause appearing, and in the interest of justice, the court will vacate its findings and recommendations and allow the case to proceed in accordance with the court's discovery and scheduling order.  That order was previously returned to the court as undeliverable based on plaintiff's address of record at the time.  Therefore,  the court will direct the Clerk of the Court to serve plaintiff with a courtesy copy of the order.

　　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　　1. The court's December 10, 2013, findings and recommendations are vacated;

　　　　　2. Defendants' request for dismissal under Local Rule 183(b) (Doc. No. 38) is denied;

1

3. Plaintiff's motion for clarification (Doc. No. 40) is granted; and

4. The Clerk of the Court is directed to send plaintiff a courtesy copy of the court's discovery and scheduling order.

Dated: January 10, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
long2548.vac