UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LONG, | No. 2:11-cv-2548 TLN DAD P |
| Plaintiff, | |
| v. | ORDER |
| D. MINER et al., | |
| Defendants. | |

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  Pending before the court are several motions filed by the parties.

     First, plaintiff has filed a motion for an extension of time to respond to all future court orders and motions and pleadings filed by defendants.  The court will deny plaintiff's motion as premature.  If plaintiff believes he needs additional time to respond to future court orders or motions and pleadings by defendants he may request an extension of time from the court at that time.

     Also pending before the court is defendants' motion to modify the scheduling order.  On April 22, 2014, the undersigned observed that neither party had filed a dispositive motion in this case and informed the parties that the court would set a mandatory settlement conference before issuing a new scheduling order for pretrial statements, pretrial conference, and jury trial.  In defendants' motion, defense counsel requests an extension of time to file a dispositive motion if

1

the case does not settle at the settlement conference.  Therein defense counsel states that he refrained from filing a motion for summary judgment on behalf of defendants while awaiting the court's ruling on his motion to strike plaintiff's belated notice of change of address.  Defense counsel's given reason for not pursuing summary judgment in favor of his clients is somewhat questionable.  By pursuing that course of action he ran the risk that the scheduling order would not be modified.  Nonetheless, in the exercise of its discretion and good cause appearing, the court will grant defendants' request and allow defendants to file a dispositive motion within forty-five days after the settlement conference in the event that the case is not resolved at that time.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Doc. No. 48) is denied as premature;

2. Defendants' motion to modify the scheduling order (Doc. No. 52) is granted; and

3. Defendants may file a dispositive motion in this case within forty-five days of the settlement conference in the event that the case is not resolved.

Dated:  May 19, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
long2548.eot