UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

EDWARD LONG,

    Plaintiff,

    v.

D. MINER, et al.,

    Defendants.

No. 2:11-cv-2548 TLN DAD P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Edward Long, CDCR # T-93363, a necessary and material witness in a settlement conference in this case on July 31, 2014, is confined in Mule Creek State Prison (MCSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Edmund F. Brenan to appear by video-conferencing at MCSP on Thursday, July 31, 2014 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, MCSP, P.O. Box 409099, Ione, California 95640:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: June 11, 2014

DAD:9
long2548.841vc

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE